**Order entered December 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00465-CR

**ROYAL DOUGLAS ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00017-U**

### ORDER

Before the Court is the State's December 12, 2022 motion for extension of time to file the State's tendered brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
JUSTICE